395 So.2d 282 (1981)
Peter B. SOBEL and Maxine Sobel, Appellants,
v.
MIAMI DAILY NEWS, INC., a Florida Corporation, d/b/a the Miami News and Bill Douthat, Appellees.
No. 80-212.
District Court of Appeal of Florida, Third District.
March 17, 1981.
Peter B. Sobel, in pro. per.
Joseph P. Averill, Miami, for appellees.
Before HENDRY, NESBITT and DANIEL S. PEARSON, JJ.
PER CURIAM.
Affirmed. Time, Inc. v. Firestone, 424 U.S. 448, 96 S.Ct. 958, 47 L.Ed.2d 154 (1976); Gertz v. Robert Welch, Inc., 418 U.S. 323, 94 S.Ct. 2997, 41 L.Ed.2d 789 (1974); Rosenbloom v. Metromedia, Inc., 403 U.S. 29, 91 S.Ct. 1811, 29 L.Ed.2d 296 (1971); Cox Broadcasting Corp. v. Cohn, 420 U.S. 469, 95 S.Ct. 1029, 43 L.Ed.2d 328 (1975).